No. 509. HEISER *v.* WOODRUFF ET AL.; and
No. 581. WOODRUFF ET AL. *v.* HEISER. December 17, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Leonard*

*J. Meyberg* and *Rupert B. Turnbull* for Heiser. *Mr. H. A. Ledbetter* for Woodruff et al. Reported below: 150 F. 2d 867.